NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JONATHAN WYLIE BURGHART,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7142

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-1180, Judge Ronald M. Holdaway.

---

## ON MOTION

---

## O R D E R

Jonathan Wylie Burghart moves for a 15-day extension of time to file his initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 19 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Jonathan Wylie Burghart
Stacey K. Grigsby, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 19 2011

JAN HORBALY
CLERK